UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DAVID BUCK CULVER,
    Plaintiff,

vs.                                Case No.:  3:19cv3542/MCR/ZCB

N. SANDERS, et al.,
    Defendants.
_____/

**ORDER**

The magistrate judge issued a Report and Recommendation on June 23, 2022. (Doc. 56).  The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.     The magistrate judge's Report and Recommendation (Doc. 56) is adopted and incorporated by reference in this order.

2.     Defendants' motion for summary judgment (Doc. 41) is **GRANTED**.

3.     Defendants' motion to dismiss (Doc. 37) is **DENIED as moot**.

4. The Clerk of Court is directed to enter judgment in favor of Defendants and close this case.

**DONE AND ORDERED** this 29th day of August 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**